# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

—————

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing<br><br>Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia  30303<br>(404) 335-6131 | HEARING LOCATION<br><br>Courtroom 338<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

—————

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, DECEMBER 13, 2022

| | |
|---|---|
| 21-13838 | United States v. Reginald McCoy, Appellant |
| 20-13388 | United States v. Jamie Williams, Appellant |
| 21-12859 | United States v. Michael Files, Appellant |
| 22-10441 | April Myrick, et al., Appellants v. Fulton County, Georgia, et al. |

### WEDNESDAY, DECEMBER 14, 2022

| | |
|---|---|
| 21-12106 | United States v. Durrell Batson, Appellant |
| 22-10945 | Government Employees Insurance Company, et al., Appellants v. Glassco, Inc., et al. |
| 22-10033 | Iwoinakee Harris-Billups, Appellant Milele Anderson |
| 21-14275 | Betty Wade, Appellant v. Georgia Correctional Health, LLC, et al. |

### THURSDAY, DECEMBER 15, 2022

| | |
|---|---|
| 21-10539 | United States v. Dravion Ware, Appellant |
| 22-10223 | TocMail Inc., Appellant v. Microsoft Corporation |
| 21-13752 | Karen Santiago, et al., Appellants v. Honeywell International, Inc. |
| 21-14494 | Matt Holman v. Knollwood Nursing Home, LLC, et al., Appellants |

### FRIDAY, DECEMBER 16, 2022

| | |
|---|---|
| 22-10575 | George Tershakovec, et al. v. Ford Motor Company, Inc., Appellant |
| 21-14509 | Travelers Property Casualty Company of America, Appellant v. Ocean Reef Charters LLC |
| 21-13527 | Guatemion Mosley, Appellant v. Preston Cycles West, LLC |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
10/14/22 - #6